UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:08-bk-07957-PMG

IN RE:

OSBORNE J POMPEY

      Debtor

_____

ORDER DISMISSING CASE

Pursuant to 11 U.S.C. § 1307

**IT IS ORDERED** that:

1. This case is dismissed.

2. The automatic stay imposed by 11 U.S.C. § 362 and the stay of action against the codebtor imposed by 11 U.S.C. §1301 are lifted.

3. The Trustee shall refund all funds on hand, if any, to the Debtor.

**DONE AND ORDERED** at Jacksonville, Florida, on ~~March~~ April 1, 2009.

_____
**PAUL M. GLENN**
Chief United States Bankruptcy Judge

Copies to: All Interested Parties